

# BOHMAN | MORSE
bespoke representation

400 POYDRAS STREET, SUITE 2050, NEW ORLEANS, LA 70130

MARTIN S. BOHMAN
PHONE: (504) 930-4022
FAX: (888) 217-2744
Martin@BohmanMorse.com

HARRY E. MORSE
PHONE: (504) 930-4030
FAX: (888) 217-2744
Harry@BohmanMorse.com

June 10, 2021

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

> RE: Sonia Poincon v. Offshore Marine Contractors, Inc.v.
> REC Marine Logistics, LLC
> Case No.: 20-30765, U.S. Court of Appeal for The Fifth Circuit

Pursuant to Fed. R. App. P. 28(j), Offshore Marine Contractors submits this Court's *en banc* decision in *United States v. Hitchmon*, 602 F.2d 689, 691-92 (5th Cir. 1979), where this Court held that the district court retains jurisdiction during an appeal to "take action in aid of the appeal." In light of *Hitchman*, Offshore Marine Contractors is filing with the district court a motion to enter final judgment as to the district court's appealed ruling and establish jurisdiction under Rule 54(b).

Before *Hitchman*, this Court held that an appeal divested the district court of jurisdiction of the appealed subject matter. *Bush v. United Benefit Fire Ins. Co.*, 311 F.2d 893, 894 (5th Cir. 1963). In *Kirtland v. J. Ray McDermott & Co.*, 568 F.2d 1166 (5th Cir. 1978), this Court questioned whether *Bush* should remain: "[. . .] it is undesirable, indeed a mere technicality, to dismiss the appeal and require the parties to make an unnecessary round trip to the trial court." *Id.* at 1170, citing Wright & Miller, Federal Practice & Procedure, § 2660; Moore's Federal Practice, § 203.11.

That rule changed in *United States v. Hitchmon*, 602 F.2d 689, 691 (5th Cir. 1979), where this Court held *en banc* that "the notice of appeal from a nonappealable order does not render void for lack of jurisdiction acts of the trial court taken in the interval between the filing of the notice and the dismissal of the appeal." Under *Hitchmon*, the district court is able to take action in aid of the appeal. *Id*. at 692. In light of *Hitchmon*, the district court has the authority to enter a Rule 54(b) designation, particularly if this Court lacks jurisdiction under Fed. R. Civ. P. 1292(a)(3).

Offshore Marine Contractors anticipates moving to supplement the record following the district court's ruling on OMC's motion for a Rule 54(b) designation. If the district court grants OMC's motion, in the event this Court lacks jurisdiction under 28 U.S.C 1292(a)(3), this Court will have the discretionary opportunity to take jurisdiction under Rule 54(b).

Respectfully submitted:

**BOHMAN | MORSE, LLC**

/s/Harry Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

*Attorneys for Offshore Marine Contractors, Inc.*

CC: All counsel of record.