

# BOHMAN | MORSE
bespoke representation

400 POYDRAS STREET, SUITE 2050, NEW ORLEANS, LA 70130

MARTIN S. BOHMAN
PHONE: (504) 930-4022
FAX: (888) 217-2744
MARTIN@BOHMANMORSE.COM

HARRY E. MORSE
PHONE: (504) 930-4030
FAX: (888) 217-2744
HARRY@BOHMANMORSE.COM

June 15, 2021

Mr. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

      RE: Sonia Poincon v. Offshore Marine Contractors, Inc.v.
      REC Marine Logistics, LLC
      Case No.: 20-30765, U.S. Court of Appeal for The Fifth Circuit

      Pursuant to Fed. R. App. P. 28(j), Offshore Marine Contractors writes to inform the Court that the district court has designated its order and reasons that forms the basis of this appeal under Fed. R. Civ. P. 54(b). OMC has separately filed a motion with this Court to supplement the record under Fed. R. App. P. 10(e)(2) and under Fed. R. Evid. 201.

      Respectfully submitted:

      **BOHMAN | MORSE, LLC**

      /s/Harry Morse
      HARRY E. MORSE (#31515)
      MARTIN S. BOHMAN (#22005)
      400 POYDRAS STREET, SUITE 2050
      NEW ORLEANS, LA 70130
      TELEPHONE: (504) 930-4009
      FAX: (888) 217-2744
      E-MAIL: HARRY@BOHMANMORSE.COM
      E-MAIL: MARTIN@BOHMANMORSE.COM

      *Attorneys for Offshore Marine Contractors, Inc.*

CC: All counsel of record.